**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NELSON GOMEZ,**<br>          *Petitioner*,<br><br>          v.<br><br>**JAMAL L. JAMISON,** Warden, Federal Detention Center, Philadelphia; **JOHN E. RIFE,** Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; **MARKWAYNE MULLIN,** Secretary of the Department of Homeland Security; **TODD BLANCHE,** Acting U.S. Attorney General; **U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,**<br>          *Respondents*. | **Civil No. 26-5604** |

## ORDER

**AND NOW**, this 7th day of August, 2026, upon consideration of the Petition of Nelson Gomez for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Government shall respond to the petition by August 14, 2026.  Petitioner shall file his reply, if any, on or before August 21, 2026.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge