**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**NELSON GOMEZ,**
*Petitioner*,

v.

**JAMAL L. JAMISON,** Warden, Federal Detention Center, Philadelphia; **JOHN E. RIFE,** Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; **MARKWAYNE MULLIN,** Secretary of the Department of Homeland Security; **TODD BLANCHE,** Acting U.S. Attorney General; **U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,**
*Respondents*.

**Civil No. 26-5604**

**ORDER**

**AND NOW**, this 30th day of September, 2026, upon consideration of the Respondents' Certification of Compliance (ECF No. 8), it is hereby **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge